# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RANDY DOSSAT, | |
| Plaintiff, | Case No. 2:09-cv-00245-KJD-PAL |
| vs. | **ORDER** |
| HOFFMANN-LA ROCHE, INC., *et al.*, | (Mot. to Stay Status Hrng - Dkt. #46) |
| Defendants. | |

Before the court is Defendants' Motion for Stay of Status Hearing Until Resolution of Defendants' Motion for Reconsideration (Dkt. #46). The court has reviewed the Motion and Plaintiff's Response (Dkt. #47). On May 6, 2011 the court granted Plaintiff's request for a status hearing based on representations that counsel for Defendant had refused to participate in preparation of the Joint Pretrial Order which should have been filed 30 days after the district judge entered his order (Dkt #42) on March 31, 2011 granting in part and denying in part Defendants' motion for summary judgment. Defendants have now filed a motion requesting that the district judge reconsider his order denying Defendants' motion for summary judgment on the Plaintiff's age discrimination and retaliation claims. Having reviewed and considered the matter,

**IT IS ORDERED** that Defendants' Motion for Stay of Status Hearing Until Resolution of Defendants' Motion for Reconsideration (Dkt. #46) is **DENIED**, and the status hearing currently scheduled for May 24, 2011, at 10:30 a.m., before the undersigned shall go forward as scheduled.

Dated this 19th day of May, 2011.

Peggy A. Leen
United States Magistrate Judge