# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Randy Dossat

Plaintiff,

V.

Hoffmann-La Roche Inc.,
Roche Labs, Inc.

Defendants.

**JUDGMENT ON ATTORNEY'S FEES**

Case Number: 2:09-cv-00245-KJD -PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

judgment on Attorney's Fees and Costs is hereby entered in favor of plaintiff, Randy Dossat, and against defendants, Hoffmann-La Roche Inc. and Roche Labs, Inc.  in the amount of $301,600.00 in fees and $10,316.74 in costs.

October 24, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk