ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
MICHAEL W. FOX
*Admitted pro hac vice*
michael.fox@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Hoffmann-La Roche Inc. and Roche Laboratories Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RANDY DOSSAT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOFFMANN-LA ROCHE INC., dba ROCHE LABORATORIES, a New Jersey corporation; ROCHE LABORATORIES INC., a corporation, DOES 1 through 10, inclusive; ROE CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-00245-KJD-PAL<br><br><br>**STIPULATION AND ACKNOWLEDGMENT OF COMPLETE SATISFACTION OF JUDGMENT** |

Plaintiff Claudia Dossat (substituted following the death of her husband Randy Dossat) and Defendants Hoffmann-La Roche Inc. and Roche Laboratories Inc., ("Defendants") by and through their respective undersigned counsel, hereby stipulate and acknowledge Defendants have provided to Plaintiff, and Plaintiff has received from Defendants, $200,000.00 which, with the amount previously paid, constitutes complete satisfaction of the Court's Judgment In A Civil Case

//

//

1  in favor of Plaintiff entered on November 12, 2012, following the affirmation of the judgment by

2  the Ninth Circuit Court of Appeals on April 9, 2015.

3  IT IS SO STIPULATED.

4  Dated this 11th of May, 2015                    Dated this 11th of May, 2015

5  ESTEBAN-TRINIDAD LAW, P.C.                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

6     /s/ M. LANI ESTEBAN-TRINIDAD                  /s/ Anthony L. Martin

7  M. Lani Esteban-Trinidad                        Anthony L. Martin
   4315 N. Rancho Dr., Suite 110                    Michael W. Fox
8  Las Vegas, NV 89130                             Wells Fargo Tower, Suite 1500
   Telephone:  702.736.5297                        3800 Howard Hughes Parkway
9                                                  Las Vegas, NV  89169
                                                   Telephone:  702.369.6800
10

11

12                                                 **ORDER**

13

14        IT IS SO ORDERED.

15                                                 _____
                                                   U.S. DISTRICT COURT JUDGE
16

17                                                 __May 12, 2015_____
                                                   Dated
18

19

20

21

22

23

24

25

26

27

28